UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOMINGO VALLEJO, JOSE CASTILLO, and LUIS M. RAMIREZ, individually and on behalf of all others similarly situated,

~~PROPOSED~~
JUDGMENT ~~ORDER~~

Plaintiffs,

16-CV-3799 (PAE)

-against-

DIAMOND 1 PARKING GARAGE, INC., d/b/a DIAMOND GARAGE, HAND WASH CARWASH and JACOBO DOMINGUEZ, an individual,
Defendants.
------------------------------------------------------------------X

This action having been commenced on May 20, 2016 by the filing of the Summons and Complaint, and Defendants having respectively executed an Offer of Judgment, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiffs DOMINGO VALLEJO, JOSE CASTILLO, and LUIS M. RAMIREZ, have judgment against Defendants DIAMOND 1 PARKING GARAGE, INC., d/b/a DIAMOND GARAGE, HAND WASH CARWASH and JACOBO DOMINGUEZ, an individual, jointly and severally; in the total amount of $175,000.00, with interest commencing the date of this Judgment as executed below in accordance with 28 U.S.C. 1961 et seq.

Dated: New York, New York
       2/27, 2020

Paul A. Engelmayer
United States District Judge